# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND, INDIANA

| | |
|---|---|
| JANET TARKINGTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 2:21-cv-187 |
| | ) |
| INDIANA UNIVERSITY NORTHWEST | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

## JURISDICTION

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e. and 42 U.S.C. § 1981 as amended by the Civil Rights Act OF 1991; 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on March 15, 2021.

## PARTIES

3. Plaintiff is an Asian-American female and at all relevant times she resided in the Northern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Northern District of Indiana.

## FACTS

5. Plaintiff began working for the Defendant in May of 2013 as a Dental Hygiene and Dental Assistant Professor.

6. Plaintiff performed her job well.

7. Plaintiff was not paid for coursework she taught, when similarly situated individuals outside of Plaintiff's protected class were paid for their work.

8. In 2018, Plaintiff was applied for the positions of Clinical Lecturer and Clinical Assistant Professor.

9. Plaintiff was qualified for the position.

10. Plaintiff was not awarded the position, and the position was given to an employee with less education and experience outside of Plaintiff's protected class.

11. Defendant failed to promote Plaintiff due to her race.

## COUNT I

12. Plaintiff incorporates by reference paragraphs 1-9.

13. Defendant, as a result of failing to promote Plaintiff due to her race, violated 42 U.S.C. § 1981.

## COUNT II

14. Plaintiff incorporates by reference paragraphs 1-9.

15. Defendant, as a result of failing to promote Plaintiff due to her race, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff his cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416